124 A.3d 734

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert Lee DUVALL, Petitioner.

Supreme Court of Pennsylvania.

Oct. 27, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as set forth by Petitioner, is as follows:

Whether the lower court erred when it denied Duvall's motion to suppress as involuntary his confession during a non-custodial interrogation where (a) the trooper repeatedly—and admittedly—lied about DNA evidence and proof of penetration, (b) Duvall repeatedly denied having sex with [the victim], (c) the trooper told Duvall that a jury would not believe him, [and] (d) the confession did not fit the accusation beyond the act of sex?